USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry,

           Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As stated on the record in the initial conference on March 3, 2020, a status conference is hereby scheduled for June 9, 2020 at 11 a.m.

SO ORDERED.

Dated: March 10, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge