UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2020

United States of America,

—v—

Ralph Berry,

                Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    After consultation with Jennifer L. Brown, the Attorney-in-Charge of the Federal Defenders of New York, the Court hereby appoints Jeremy Schneider *nunc pro tunc* as learned counsel for Defendant Ralph Berry, effective February 25, 2020. Mr. Schneider is a member of the SDNY Capital Panel and has been previously found to be learned in the law of capital cases. The Court is satisfied, pursuant to 18 U.S.C. § 3005, that he is learned in the law applicable to capital cases.

    SO ORDERED.

Dated: March 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge