UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/20
```

United States of America,

—v—

Ralph Berry,

               Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In light of the COVID-19 public health crisis, the status conference currently scheduled for August 25, 2020 cannot be conducted in person. Within ten days of this Order, the parties shall notify the Court whether they object to submitting a status letter on or before August 25, 2020 and adjourning the in-person conference until October. The parties shall also indicate their respective positions on whether time should be excluded under the Speedy Trial Act.

      SO ORDERED.

Dated: July 24, 2020
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge