USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry,

              Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received via regular mail a letter from Defendant Ralph Berry dated July 22, 2020.  A copy of Mr. Berry's letter has been forwarded to his counsel and the letter has been filed under seal.  Within two weeks of this Order, Mr. Berry's counsel shall inform the Court whether an application is being made on the Defendant's behalf.

    SO ORDERED.

Dated: August __3__, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge