UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry, *et al.*,

Defendants.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to the process for scheduling matters with defendants held at MDC, the status conference in this matter is scheduled for October 27, 2020 at 11:00 a.m is hereby rescheduled to occur as a teleconference on October 27, 2020 at **12:00 p.m**.  To that end, if they have not yet done so, defense counsel should confer with Defendants regarding waiving their physical presence and provide the waiver form attached to Dkt. No. 46 to them.  If each Defendant, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than October 23, 2020.  Defense counsel may sign on Defendant's behalf if authorized by Defendant to do so.

    If the Court is unable to conduct an in-court proceeding at the scheduled time and either Defendant does not consent to proceed by teleconference, the Court may adjourn the status conference to a later date.

SO ORDERED.

Dated: October 21, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge