USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Ralph Berry, *et al.*,

            Defendants.

---

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As noted in Dkt. No. 48, the status conference in this matter scheduled for October 27, 2020 at 12 p.m. will occur via teleconference. At 12 p.m. on October 27, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key. In advance of the conference, counsel shall meet and confer regarding a proposed schedule for motions and trial, which the Court will set at the conference.

    SO ORDERED.

Dated: October 26, 2020
       New York, New York

                                         ALISON J. NATHAN
                                         United States District Judge