```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
       :
UNITED STATES OF AMERICA    :
       :
    -v-       :    20-CR-84 (AJN)
       :
Ralph Berry, *et al.*,    :    ORDER
       :
    Defendants.    :
       :
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

    As stated on the record at today's conference, a status conference in this matter is hereby scheduled for December 9, 2020 at 11 a.m. The Court hereby excludes time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date to December 9, 2020. The Court finds that the purposes of excluding that time outweigh the interests of the Defendant and the public in a speedy trial because such time is necessary to allow the Defendants to review the discovery produced by the Government, including the anticipated additional production of discovery; to allow the Defendants to consider any motions they deem proper; to allow for the parties to meet and confer and propose a schedule for motions and for trial; and to allow for the resolution of the Department of Justice's capital review process. By December 7, 2020, The parties shall meet and confer and submit a joint letter proposing a motions and trial schedule.

    SO ORDERED.

Dated: October 27, 2020
       New York, New York

                                          ALISON J. NATHAN
                                         United States District Judge