```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry, *et al.*,

        Defendants.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The status conference in this matter scheduled for December 9, 2020 at 11:00 a.m. is hereby RESCHEDULED to occur on **December 8, 2020 at 12 p.m.**  At that time, the parties and members of the public may access the proceeding by dialing 888-363-4749 and entering access code 9196964#.  The parties shall file a joint letter indicating how they intend to proceed at the status conference by no later than December 7, 2020, as indicated in Dkt. No. 52.

    SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                              ALISON J. NATHAN
                                            United States District Judge