```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry, *et al.*,

        Defendants.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      As stated on the record at the December 8, 2020 status conference, the parties must submit a status update by December 22, 2020 regarding the dispute related to redactions in the police reports that have been turned over as part of the Government's Rule 16 discovery production. Furthermore, the Court hereby sets the following schedule:

- Any available motions from the Defendant are due by April 15, 2021.
- The Government's responses to any filed motions are due by May 14, 2021.
- Replies are due by May 23, 2021.
- Motions *in limine* are due by August 16, 2021.
- Oppositions to any motions *in limine* are due by August 23, 2021.
- Notice under Fed. R. Evid. 404(b) is due by July 13, 2021.
- Jencks Act materials are due by August 9, 2021.
- The disclosure of certain witnesses' § 3500 materials will be on an attorneys' eyes only basis until August 30, 2021.
- The parties' proposed *voir dire*, jury instructions, and verdict forms are due by August 30, 2021.
- Trial is set to commence on September 13, 2021.

      SO ORDERED.

Dated: December 9, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge