USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry & Frank Lopez,

        Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On December 8, 2020 the Court informed the parties that it set a tentative trial date for September 13, 2021 at 9:30 A.M. The Court accordingly requested a jury trial for that date pursuant to the COVID rules for centralized jury trial scheduling in the district. The Clerk's Office has now notified the Court that a jury trial in this case has been scheduled to commence on **September 21, 2021**.

    In light of this firm trial date, it is hereby ORDERED that the parties appear for a final pretrial conference on September 9, 2021 at 11:00 A.M., in Courtroom 906 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York.

    The schedule that the Court set on December 8, 2020 shall otherwise control. Accordingly:

- Motions in limine are due by August 16, 2021;
- Oppositions to any motions in limine are due by August 23, 2021;
- Notice under Fed. R. Evid. 404(b) is due by July 13, 2021;
- Jencks Act materials are due by August 9, 2021;
- The disclosure of certain witnesses' § 3500 materials will be on an attorneys' eyes only basis until August 30, 2021; and

- The parties' proposed voir dire, jury instructions, and verdict forms are due by August 30, 2021.

IT IS FURTHER ORDERED that if the parties determine that the case may be resolved by pretrial disposition, they shall inform the Court promptly so that the Court can inform the Clerk's Office.

SO ORDERED.

Dated: June 1, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge