UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : 20 Cr. 084 (AJN) |
| | : |
| - v.- | : ORDER |
| | : |
| RALPH BERRY, | : |
|            **Defendant.** | : |

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/21

Upon the application of the defendant, Ralph Berry by and through his attorneys, Mark S. DeMarco and Ezra Spilke, the Court hereby orders the Metropolitan Correctional Center ("MCC") in New York, New York, to accept clothing for the defendant to use during the pendency of his above captioned trial. The Court now orders MCC to accept up to four sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, and ties, and to permit such clothing to be made available to the defendant prior to each court date in this case. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MCC.

Dated: New York, New York
      September  3  , 2021

SO ORDERED:

_____
Hon. Alison J. Nathan, USDJ