UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :            20 Cr. 084 (AJN)
                                     :
        - v.-                        :            ORDER
                                     :
RALPH BERRY,                         :
            Defendant.               :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/21

Upon the application of the defendant, Ralph Berry, by and through his attorneys, Mark S. DeMarco and Ezra Spilke, the Court hereby orders the Metropolitan Correctional Center ("MCC") in New York, New York, to immediately permit Mr. Berry to use the law library and/or to have access to his digital discovery and digital *18 U.S.C. § 3500* material (which has been deposited in the law library by the Government) for at least two hours per day, until the conclusion of his trial.

Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MCC.

Dated: New York, New York
       September  3 , 2021

SO ORDERED:

_____
Hon. Alison J. Nathan, USDJ