UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry,

Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The final pretrial conference in this case is hereby ADJOURNED to **September 9, 2021 at 11:30 a.m.** The conference was originally scheduled to commence at 11:00 a.m.

SO ORDERED.

Dated: September 8, 2021
New York, New York

ALISON J. NATHAN
United States District Judge