UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ralph Berry,

           Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    For the reasons stated on the record at the September 9, 2021 conference, the Court GRANTS the Government's motion *in limine* and DENIES the Defendant's motion to preclude and renewed motion to dismiss the Indictment.

    This resolves Dkt. Nos. 90, 91, 111.

    SO ORDERED.

Dated: September 10, 2021
       New York, New York

                                        ALISON J. NATHAN
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/21