```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
         -v-                                                      :          20-CR-84 (AJN)
                                                                  :
Ralph Berry,                                                      :          ORDER
                                                                  :
                  Defendant.                                      :
                                                                  :
------------------------------------------------------------------X
```

ALISON J. NATHAN, United States District Judge:

      As stated on the record at yesterday's conference, a final pretrial conference in this matter is hereby scheduled for **September 15, 2021 at 2:00 p.m.** The proceeding will be held in-person in **Courtroom 110** of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: September 10, 2021
       New York, New York

                                                      ALISON J. NATHAN
                                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/21