```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :
         -v-                                                     :     20-CR-84 (AJN)
                                                                 :
Ralph Berry,                                                     :     ORDER
                                                                 :
                      Defendant.                                 :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/21

ALISON J. NATHAN, United States District Judge:

In light of the parties' discussion of the plea offer at the September 9 conference, the Court wishes to further inquire as to whether Mr. Berry fully understood the plea offer at the time the offer remained open. Accordingly, the parties should be prepared at tomorrow's conference to answer questions regarding when the plea offer was available for Mr. Berry to accept or reject and whether defense counsel had the opportunity to ensure Mr. Berry understood the plea offer while it remained open for him to accept. The Court will also inquire at tomorrow's conference as to whether any additional plea offers have been made and communicated to Mr. Berry.

SO ORDERED.

Dated: September 14, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge