```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                -v-                                                :    20-CR-84 (AJN)
                                                                   :
Ralph Berry,                                                       :    ORDER
                                                                   :
                Defendant.                                         :
                                                                   :
-------------------------------------------------------------------X
```

ALISON J. NATHAN, United States District Judge:

      Trial in this matter is scheduled to commence on September 21, 2021 in Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. The parties are hereby ORDERED to appear for a pre-jury selection conference on September 21, 2021, at 9:00 a.m. in Courtroom 110.

      SO ORDERED.

Dated: September 16, 2021
       New York, New York

                                                        ALISON J. NATHAN
                                                 United States District Judge