UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-

Ralph Berry,

               Defendant.

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/21
```

20-CR-84 (AJN)

<u>ORDER</u>

ALISON J. NATHAN, United States District Judge:

      The parties are hereby ORDERED to appear for a pre-jury selection conference on

September 22, 2021 at 9:00 a.m. in Courtroom 110 of the Thurgood Marshall United States

Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: September 21, 2021
      New York, New York

_____
      ALISON J. NATHAN
    United States District Judge