```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :     20-CR-84 (AJN)
                                                                  :
Ralph Berry,                                                      :     ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

ALISON J. NATHAN, United States District Judge:

      As stated on the record during the proceedings on September 28, 2021, the Defendant's forthcoming briefing on the Rule 29 motion is due October 28, 2021. The Government's response, if any, will be due November 29, 2021. The Defendant's reply, if any, will be due December 13, 2021.

      SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                                 ALISON J. NATHAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/21