

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2021

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/21
```

Re:   *United States v. Ralph Berry*, S2 20 Cr. 84 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter motion to request a one-week extension of the Rule 29 motion briefing schedule in this case. In light of other unexpected matters that have required the attention of counsel and the upcoming holiday, the Government respectfully requests that its opposition to the pending motion now be due by December 6, 2021 and that the defendant's reply be due by December 20, 2021. The defense consents to this request.

SO ORDERED.

*[signature: Alison J. Nathan]*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Dominic A. Gentile
Jacob R. Fiddelman
Adam S. Hobson
Assistant United States Attorneys
(212) 637-2567/1024/2484

cc:   Defense counsel (by ECF)