```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ralph Berry,

              Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court is in receipt of Defendant Berry's motions pursuant to Rules 29 and 33. Dkt. No. 152.  The Court hereby schedules oral argument on the year-and-a-day rule issue raised in Mr. Berry's Rule 29 motion on Tuesday, February 22, 2022 at 10:00 AM.  The argument will proceed in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

      SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                                ALISON J. NATHAN
                                                United States District Judge