UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/2022

United States of America,

–v–

Ralph Berry,

        Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Oral argument in this matter is currently scheduled for February 22, 2022. Due to the Court's schedule, the argument is hereby ADJOURNED to **February 28, 2022, at 10:00 a.m**. The argument will proceed in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

      SO ORDERED.

Dated: February 14, 2022
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge