UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____             │
│ DATE FILED: 5/13/22              │
└─────────────────────────────────┘
```

United States of America,

–v–

Ralph Berry,

                    Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

In light of the resolution of the Defendant's post-trial motions, the Court hereby ORDERS the preparation of the presentence investigation report and schedules sentencing in this matter for **September 9, 2022, at 1:00 p.m.**  Pursuant to this Court's individual rules, the Defendant's sentencing submission is due one week in advance of sentencing, and the Government's due three days in advance of sentencing.

SO ORDERED.

Dated: May 13, 2022
       New York, New York

_____
       ALISON J. NATHAN
    United States Circuit Judge
     Sitting by Designation