```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RALPH BERRY,

           Defendant.

**ORDER**

20 Cr. 84 (AJN)

WHEREAS, the Court entered an Opinion and Order in the above-referenced matter on May 13, 2022 (Docket No. 163);

WHEREAS, the United States of America, by and through Damian Williams, United States Attorney, Jacob R. Fiddelman, Assistant United States Attorney, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that Order as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may—before or after the time has expired, with or without motion and notice—extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to enable the Office of the Solicitor General to review the Court's Opinion and Order and determine whether to appeal; and

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including July 13, 2022. *See* Fed. R. App. P. 26(a)(1)(C).

Dated: New York, New York
June 6 , 2022

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES CIRCUIT JUDGE
(Sitting by Designation)