UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry,

Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court previously scheduled Defendant's sentencing for **September 9, 2022, at 1:00 p.m.** Dkt. No. 164. The sentencing will take place at the United States Court House, 40 Foley Square, New York, New York, in **Courtroom 906.**

As a reminder to counsel, pursuant to this Court's individual rules, the Defendant's sentencing submission is due one week in advance of sentencing, and the Government's due three days in advance of sentencing.

SO ORDERED.

Dated: August 11, 2022
New York, New York

ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation