USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ralph Berry,

       Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Court has received a letter-motion from Defendant Ralph Berry seeking leave to supplement his post-trial motions with new arguments. Dkt. No. 174. Mr. Berry, however, is represented by counsel and unless and until the Court relieves counsel, all communications with the Court must come through counsel. Accordingly, the Court will not take action on Mr. Berry's application at this time.

    **No later than September 30, 2022,** defense counsel shall indicate whether he intends to file an application pertaining to the relief Mr. Berry seeks.

    SO ORDERED.

Dated: September 27, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation