UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ralph Berry,

            Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

     The Government shall file a response to defense counsel's letter dated September 29, 2022, Dkt. No. 176, no later than **October 5, 2022**.

     SO ORDERED.

Dated: September 30, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation