UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ralph Berry,

Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

In light of the recent submissions from Defendant Ralph Berry, defense counsel, and the Government concerning Berry's request to supplement his post-trial motions, Dkt. Nos. 174, 176, 178, the Court orders the following:

- Berry's sentencing, currently scheduled for October 14, 2022, is ADJOURNED *sine die*;
- Defense counsel's request to deem Berry's *pro se* submission at Dkt. No. 174 as adopted by counsel is GRANTED as unopposed, *see* Dkt. Nos. 176, 178 at 1;
- The Government shall file an opposition to Berry's supplemental arguments, not to exceed 15 pages, addressing both timeliness and the merits, no later than **October 20, 2022**;
- Defendant shall file a reply, not to exceed 15 pages, *through counsel*, no later than **November 3, 2022**;

If the motion is denied, the Court will promptly reschedule sentencing.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Berry at MDC Brooklyn and to note the mailing on the docket.

SO ORDERED.

Dated: October 6, 2022
       New York, New York

ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation