UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ralph Berry,

Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

On November 3, 2022, counsel for Defendant Ralph Berry filed a letter attaching a reply, drafted *pro se*, in support of Mr. Berry's supplemental post-trial motions, indicating that "[i]t is Mr. Berry's position that, if representation by counsel precludes consideration of these arguments, he will exercise his right to represent himself." Dkt. No. 182.

No later than **November 14, 2022**, the Government shall file a letter indicating its position on whether the Court can consider Mr. Berry's reply and/or otherwise how to proceed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Berry at MDC Brooklyn and to note the mailing on the docket.

SO ORDERED.

Dated: November 9, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge,
sitting by designation