USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry,

          Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    In light of the resolution of Defendant's supplemental post-trial motion, the Court hereby RESCHEDULES sentencing in this matter for **December 12, 2022**, at **3:00 p.m.**  The Court has already received Defendant's sentencing submission.  *See* Dkt. No. 172.  Pursuant to this Court's individual rules, the Government's submission is due three days in advance of sentencing.

    SO ORDERED.

Dated: November 30, 2022
       New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation