USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Ralph Berry,

Defendant.

20-cr-84 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

Defendant's sentencing scheduled for December 12, 2022, at 3:00 p.m., Dkt. No. 187, will take place at the Thurgood Marshall United States Court House, 40 Foley Square, New York, New York, in **Courtroom 906.**

SO ORDERED.

Dated: December 1, 2022
New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation