**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
RALPH BERRY,

                      Movant,

         -against-

UNITED STATES OF AMERICA,

                  Respondent.
------------------------------------------------------------------------X

**26 Civ. 336 (JSR) (GS)**

**20-CR-84-1 (JSR)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This Court issued an Order for Respondent to answer the Section 2255 motion in this action by no later than Monday, March 23, 2026.  (Dkt. No. 5).  That day, Respondent's counsel sent an email to chambers with a copy of the relevant answer, alongside notation that the answer could not be filed that day as the online filing system was down, but that a copy of the answer had been mailed to Movant and that Respondent would file the answer once feasible.  To date, however, Respondent has not filed its answer on the civil docket.  Accordingly, Respondent is hereby ORDERED to file a copy of its answer in the civil action by no later than Wednesday, April 29, 2026.

      **SO ORDERED.**

DATED:    New York, New York
            April 28, 2026

                              _____
                              The Honorable Gary Stein
                              United States Magistrate Judge